D. Kim Lough (No. 005910)
E-mail: DKL@JHC.Law
Travis A. Pacheco (No. 026337)
E-mail: TAP@JHC.Law
**Jennings, Haug & Cunningham, L.L.P.**
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Telephone:   602-234-7800
Facsimile:    602-277-5595

AZTurboCourt E-service and
Court Documents: docket@JHC.Law

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Megles, an individual, | Case No.: |
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION** |
| vs. | |
| Helton Excavating Incorporated, an Arizona corporation; Jason Helton, an individual; and Selena Helton, | |
| Defendants. | |

Defendants Helton Excavating, Incorporated, Jason Helton, and Selena Helton (collectively, "Defendants"), hereby consent and remove the above-entitled action from the Superior Court of the State of Arizona, Maricopa County, to the United States District Court for the District of Arizona, Phoenix Division, on the grounds that this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question). This action is one that may be removed to this Court by Defendants pursuant to 28 U.S.C. §§ 1441, 1446 and Rule 3.6 of the Local Rules of the United States District Court for the District of Arizona.

In support of this Notice of Removal of Civil Action, Defendants state:

1.     On October 31, 2018, an action was commenced in the Maricopa County Superior Court, entitled *CHRISTOPHER MEGLES, an individual* vs. *HELTON*

35R5290/6781-0

*EXCAVATING INCORPORATED, an Arizona corporation; JASON HELTON, an individual; and Selena Helton,* as Case No. CV2018-011817 ("State Court Action").

2. On November 8, 2018, Defendants were personally served with the Summons and Complaint. Attached hereto as **Exhibit 1** are true and correct copies of all process and pleadings served and filed in the state court action: the Complaint, Summons, Certificate Regarding Compulsory Arbitration, and Declaration of Service. In addition to the above documents, Plaintiff simultaneously served certain Requests for Production of Documents ("RFP") on Defendants. Attached hereto as **Exhibit 2** is a true and correct copy of the RFPs. Exhibits 1 and 2 are being filed with this Notice as required by 28 U.S.C. § 1446(a) and Local Rule 3.6.

3. There have been no responsive pleadings filed in the state court action, and there are no other forms of process, pleadings, and/or orders served upon Defendants in this matter. Pursuant to Local Rule 3.6, a copy of the most recent version of the docket from the State Court Action is attached hereto as **Exhibit 3**.

4. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days of receipt by the Defendants of the Complaint, which set forth the removable claims.

5. Plaintiff instituted his action for unpaid wages under the Fair Labor Standards Act, 29, U.S.C. §§ 201-219 ("FLSA"), and under the Arizona Wage Act, A.R.S. §§ 23-351, 23-353 and 23-355. According to the Complaint, the State Court Action was brought as a collective action pursuant to 29 U.S.C. § 216(b) on behalf of Plaintiff and all other persons employed by Defendants between October 2015 and 2018.

6. Plaintiff is a former dump truck driver for Defendant Helton Excavating, Incorporated. In the Complaint, Plaintiff claims that Defendants have failed to pay him and other similarly situated individuals the prevailing wages required under the Davis-Bacon Act, 40 U.S.C. § 276, for work performed on the Connect 202 Project in Maricopa County. He also alleges that Defendants failed to pay for certain allegedly compensable driving and pre-trip inspection time. The Complaint alleges the following three causes of

action: (1) Failure to Properly Pay Wages – FLSA; (2) Failure to Timely Pay Wages Due – Arizona Wage Act; and (3) Unjust Enrichment.

7. This Court has original jurisdiction over this action under 28 U.S.C. §1331, which provides that the federal district courts have original jurisdiction in actions "arising under the Constitution, laws, or treatises of the United States." Because this action involves a federal question arising under the federal Davis-Bacon Act and FLSA, 29 U.S.C. § 201 *et seq.*, this action may be removed pursuant to 28 U.S.C. § 1441(b).

8. The Court also has supplemental jurisdiction over the state law claims. Pursuant to 28 U.S.C. § 1367(a), where a district court has original jurisdiction, "[the court] shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." Here, all of Plaintiff's claims concern alleged wage-and-hour violations. The federal and state law claims are based on the same alleged acts and involve the same alleged facts - the alleged failure to pay prevailing wages under the Davis Bacon Act and other compensable time in a timely manner. The state law claims are so closely related to the federal FLSA claim that they form a part of the same case or controversy. Defendants reserve their right to argue that Plaintiff's state law claims are preempted by federal law, including the FLSA and Davis-Bacon Act.

9. This Notice is signed pursuant to Rule 11, Fed. R. Civ. P., as required by Local Rule 3.6.

10. Defendants have served a copy of this Notice on the Plaintiff, and a copy of the Notice has also been filed with the state court clerk pursuant to Local Rule 3.6

DATED this 5th day of December, 2018.

JENNINGS, HAUG & CUNNINGHAM, L.L.P.

s/ _____
D. Kim Lough
Travis A. Pacheco
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2018, I electronically transmitted the above-referenced document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants. A copy of the attached document was also served by U.S. Mail this same date to:

Michael C. McKay
McKay Law, LLC
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ  85258
Attorneys for Plaintiff

s/ *A. Bell*