NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Megles, et al., | No. CV-18-04457-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Helton Excavating Incorporated, et al., | |
| Defendants. | |

This matter is before the Court on the Joint Motion to Approve the Settlement Agreement and Stipulation of Dismissal with Prejudice. (Doc. 32). Good cause showing, and finding that this is a fair and reasonable resolution of a bona fide dispute, the Court will approve the Joint Motion. Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Approve the Settlement Agreement (Doc. 32) is granted.

**IT IS FURTHER ORDERED** that this matter shall be dismissed, with prejudice. The clerk of court shall kindly terminate this matter.

Dated this 12th day of July, 2019.

*/s/ Diane J. Humetewa*
Honorable Diane J. Humetewa
United States District Judge